UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | No. 22-Cr-10325-FDS |
| v. | |
| LAWRENCE MICHAEL NAGLE, et al. | |

NOTICE OF WITHDRAWAL OF COUNSEL

The United States of America, by Joshua S. Levy, Acting United States Attorney, and

James E. Arnold, Assistant United States Attorney for the District of Massachusetts, hereby

provides notice of the withdrawal of AUSA James E. Arnold as counsel on behalf of the United

States of America in this matter.  AUSA James E. Arnold is retiring from federal government

service, and his last day is scheduled to be April 30, 2024.  Accordingly, AUSA Arnold should

be removed from the docket of this matter.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:      /s/ James E. Arnold
JAMES E. ARNOLD
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non-registered participants .

/s/ James E. Arnold
JAMES E. ARNOLD
Assistant United States Attorney

Date: April 30, 2024