## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No.** |
| ) | **22-10325-FDS** |
| **LAWRENCE M. NAGLE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER ON EXCLUDABLE DELAY

**SAYLOR, C.J.**

A status conference in this case was held on June 13, 2024.  A status conference was set for July 29, 2024.  In order to permit pretrial preparation, to prepare any motions to suppress, and to address any remaining issues as to defendant Villar, the Court will exclude the time through July 29, 2024.

Because the Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial," the period of time from June 13 through July 29, 2024, is excluded under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A).

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Dated:  June 13, 2024                    Chief Judge, United States District Court